DENNIS P. RIORDAN (SBN 69320)
TED SAMPSELL JONES (MN SBN 034302X)
Riordan & Horgan
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
dennis@riordan-horgan.com

KIRK C. JENKINS (NO. 177114)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One North Wacker Drive, Suite 4200
Chicago, IL 60606-2841
Telephone: (312) 641-9050
Facsimile: (312) 641-9530
Kirk.Jenkins@sdma.com

MARTHA BOERSCH (SBN 126569)
LAW OFFICES OF MARTHA BOERSCH
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 217-3700
martha@boerschlaw.com

Attorneys for Defendant AU OPTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | Case No. CR-09-0110 (SI)<br><br>**NOTICE OF APPEAL** |

Defendant AU Optronics Corporation hereby gives notice that it appeals from the order and judgment entered by the Court in this matter on September 20, 2012.

Dated: September 28, 2012

Respectfully submitted,

DENNIS P. RIORDAN
DONALD M. HORGAN
RIORDAN & HORGAN

By _____
Dennis P. Riordan

Attorneys for Defendant
AU OPTRONICS CORPORATION

# PROOF OF SERVICE BY MAIL -- 1013(a), 2015.5 C.C.P.

I am a citizen of the United States; my business address is 523 Octavia Street, San Francisco, California 94102. I am employed in the City and County of San Francisco, where this mailing occurs; I am over the age of eighteen years and not a party to the within cause. I served the within:

## NOTICE OF APPEAL

on the following person(s) on the date set forth below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at San Francisco, California, addressed as follows:

## SEE ATTACHED

[x] **BY MAIL:** By depositing said envelope, with postage thereon fully prepaid, in the United States mail in San Francisco, California, addressed to said party(ies);

[ ] **BY PERSONAL SERVICE:** By causing said envelope to be personally served on said party(ies), as follows:   [ ] **FEDEX**   [ ] **HAND DELIVERY**

I certify or declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2012 at San Francisco, California.

Jocilene Yue

Peter Huston
Michael L. Scott
Heather S. Tewksbury
Brent Snyder
Jon B. Jacobs
Assistant U.S. Attorneys
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102

Brendan P. Conroy
Law Offices of Brendan Conroy
255 Kansas Street, Suite 340
San Francisco, CA 94103

Brian H. Getz
Law Offices of Brian H. Getz
44 Montgomery Street, Suite 3850
San Francisco, CA 94104

Brian P. Berson, Esq.
Law Offices of Brian Berson
235 Montgomery Street, Suite 625
San Francisco, CA 94104

Carl Lawrence Blumenstein
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111

Christopher Nedau
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111

Dennis R. Cashman, Esq.
Law Offices of Dennis Cashman
Pier 9, Suite 100,
San Francisco, CA 94111

Jennifer Michele French
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121

John D. Cline
Law Office of John D. Cline
115 Sansome Street, Suite 1204
San Francisco, CA 94104

Michael A. Attanasio, Esq.
Cooley Godward Kronish LLP
4401 Eastgate Mall
San Diego, CA 92121-1909

Paul Knight
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111

Randall G. Knox, Esq.
Law Offices of Randall G. Knox
870 Market Street, Suite 488
San Francisco, CA 94102

William L. Osterhoudt
135 Belvedere Street
San Francisco, CA 94117
California State Bar No. 043021

Michael Healy
Sedgwick, Detert, Moran & Arnold
1 Embarcadero Center #6
San Francisco, CA 94111

K.C. Maxwell
Law Office of K.C. Maxwell
21 Forrest Street
Mill Valley, CA 94941

Christopher Handman
Hogan Lovells
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004