# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 16, 2015

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

  Re: Hui Hsiung, et al.
    v. United States
    No. 14-1121
    (Your No. 12-10492, 12-10493, 12-10500, 12-10514)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on March 16, 2015 and placed on the docket March 16, 2015 as No. 14-1121.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Jeffrey Atkins
           Deputy Clerk