E. KATE PATCHEN (N.Y. Reg. No. 4104634)
ANNA T. PLETCHER (Cal. Bar No. 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Telephone:   (415) 934-5300
Facsimile:   (415) 934-5399
kate.patchen@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION,<br><br>  Defendant. | Case No. CR-09-0110 SI<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING PROBATION AND DISCHARGING NOTICE OF POTENTIAL PROBATION VIOLATION<br><br>Judge:   Hon. Susan Illston<br>Date:   May 29, 2015<br>Time:   11:00 a.m.<br>Courtroom:   10, 19th Floor |

STIPULATION TO EXTEND PROBATION
AND DISCHARGE PROBATION VIOLATION
CR-09-0110 SI

|   |   |
|---|---|
| 1 | STIPULATION TO EXTEND PROBATION AND |
| 2 | DISCHARGE NOTICE OF POTENTIAL PROBATION VIOLATION |

3  WHEREAS on April 1, 2015, this Court issued an order (the "Order") for defendant AU
4  Optronics Corporation ("AUO") to appear for a hearing on whether it has violated special
5  condition number one of its probation, which states that the Company "shall develop, adopt, and
6  implement an effective compliance and ethics program."  (ECF No. 1350)

7  WHEREAS AUO appeared before Magistrate Judge Nandor J. Vadas on April 13, 2015,
8  for the identification of counsel and the scheduling of further proceedings.  At that hearing,
9  Magistrate Judge Vadas scheduled an initial appearance before this Court for May 1, 2015, at
10 11:00 am.

11 WHEREAS AUO and the government, through their attorneys (collectively, the
12 "parties"), stipulated to reschedule the initial appearance to May 29, 2015, at 11:00 am, which
13 this Court so ordered.

14 WHEREAS the parties, together with the U.S. Probation Office and the court-appointed
15 monitor, have met regarding issues related to AUO's antitrust compliance program and the notice
16 of violation.

17 WHEREAS the parties dispute whether AUO has violated special condition number one
18 of its probation and whether there are other procedural defects in the issuance of the Order.

19 WHEREAS the government and the U.S. Probation Office have expressed an interest in
20 having additional time to monitor AUO's antitrust compliance program.

21 WHEREAS the parties have been able to resolve this matter amicably without the need for a
22 hearing and have agreed that the Monitor shall provide to the U.S. Probation Office five additional
23 quarterly reports regarding antitrust compliance during the period September 22, 2015, through
24 December 22, 2016, and the parties shall to meet quarterly to discuss any open issues.

25 WHEREAS 18 U.S.C. § 3564(d) allows the Court to extend probation without finding a
26 violation of the conditions of probation.

27 WHEREAS AUO waives its right to a hearing under Section 3564(d).

28 STIPULATION TO EXTEND PROBATION
AND DISCHARGE PROBATION  VIOLATION
CR-09-0110 SI                                        - 1 -

THEREFORE, IT IS HEREBY STIPULATED by the parties, through their counsel of record, subject to the approval of the Court, that (1) the probationary period for AUO is hereby extended by fifteen months, to December 22, 2016; and (2) the Order finding probable cause to believe that AUO has violated special condition number one is hereby discharged, and the probation revocation proceedings are closed.

Dated:  May 27, 2015                              Respectfully Submitted,

                                                  ANTITRUST DIVISION
                                                  U.S. DEPARTMENT OF JUSTICE

                                                  By:  /s/ E. Kate Patchen
                                                       E. Kate Patchen, Assistant Chief
                                                       Anna T. Pletcher, Trial Attorney


                                                  O'MELVENY & MYERS LLP

                                                  By:   /s/ Michael F. Tubach
                                                        Michael F. Tubach

                                                  MICHAEL F. TUBACH (S.B. #145955)
                                                  mtubach@omm.com
                                                  O'MELVENY & MYERS LLP
                                                  Two Embarcadero Center, 28th Floor
                                                  San Francisco, CA 94111-3823
                                                  Telephone:     (415) 984-8700

                                                  Attorney for Defendant AU Optronics Corporation

STIPULATION TO EXTEND PROBATION
AND DISCHARGE PROBATION  VIOLATION        - 2 -
CR-09-0110 SI

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: May 27, 2015

ANTITRUST DIVISION
U.S. DEPARTMENT OF JUSTICE

By: /s/ E. Kate Patchen
E. Kate Patchen, Assistant Chief
Anna T. Pletcher, Trial Attorney

## O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

_____
The Honorable Susan Illston
United States District Judge

STIPULATION TO EXTEND PROBATION
AND DISCHARGE PROBATION VIOLATION
CR-09-0110 SI

- 3 -